# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VANKIRK, JR., : | |
|     Plaintiff, : | |
| : | |
| v. : | Civ. No. 13-6994 |
| : | |
| CAROLYN W. COLVIN, : | |
| Acting Commissioner of : | |
| Social Security, : | |
|     Defendant. : | |

## O R D E R

**AND NOW**, this 27th day of May, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), Defendant's response (Doc. No. 14), and Plaintiff's reply thereto (Doc. No. 17), as well as the record herein, and after careful review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11) is **DENIED**;

3. **JUDGMENT** is entered in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against Plaintiff Robert Vankirk, Jr.; and

4. The Clerk of Court shall **CLOSE** this case.

                                                      **AND IT IS SO ORDERED.**

                                                      */s/ Paul S. Diamond*

                                                      _____
                                                      Paul S. Diamond, J.